TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEJANDRO RAMIREZ QUEMA,<br><br>        Petitioner,<br>    v.<br><br>John MATTOS, Warden of the Nevada Southern Detention Center; Michael BERNACKE, Field Office Director of Enforcement and Removal Operations, Salt Lake City, Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>        Respondents. | Case No. 2:26-cv-00409-GMN-NJK<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Amended Petition for Writ of Habeas Corpus (ECF No. 16) and for Petitioner to File a Reply**<br><br>**(First Request)** |

Petitioner Alejandro Ramirez Quema ("Petitioner"), and Federal Respondents Pamela Bondi, Kristi Noem, Michael Bernacke, Department of Homeland Security, and Executive Office for Immigration Review ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for a six-day extension of time for Federal Respondents to file a response to the Amended Petition for Writ of Habeas Corpus ("Amended Petition"), ECF No. 16. The current deadline for Federal Respondents to

respond to the Amended Petition is April 2, 2026. On April 1, 2026, Federal Respondent requested an extension to respond to the Amended Petition from Petitioner's counsel. Petitioner's counsel agreed to a six-day extension until and including April 8, 2026. This extension is necessary because undersigned counsel for Federal Respondents had multiple other substantive filing due today and the extension will allow the AUSA to prepare an adequate response to the Amended Petition.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondent to file a response to the Amended Petition from April 2, 2026, to **April 8, 2026**. Petitioner will then have until **April 14, 2026** to file a reply. This is the first request to extend the deadline for Federal Respondents to respond to the Amended Petition. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 2nd day of April 2026.

KEEN LAW OFFICES, LLC

/s/ Ammon Clemens
AMMON CLEMENS
Utah State Bar No. 18885
39 S. 400 W.
Orem, Utah 84058
(801) 374-5336
AmmonC@keen.law

*Attorneys for Petitioner*

TODD BLANCHE
Deputy Attorney General of The United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Tamer B. Botros
TAMER B. BOTROS
VIRGINIA T. TOMOVA
Assistant United States Attorneys
*Attorneys for Federal Respondents*

IT IS SO ORDERED:

_____
U.S. DISTRICT JUDGE

DATED: _____ April 3, 2026 _____