# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ALEJANDRO RAMIREZ QUEMA,

                    Petitioner,

    vs.

JOHN MATTOS, *et al.*,

                    Respondents.

Case No.: 2:26-cv-000409-GMN-NJK

**ORDER**

On May 13, 2026, this Court granted Petitioner Alejandro Ramirez Quema's Amended Petition for Writ of Habeas Corpus and ordered his release. (*See* Order, ECF No. 24). To confirm compliance with the release order, the Court ordered the parties to file a Joint Status Report ("JSR"). (*Id.*). The parties complied by filing a JSR on May 14, 2026. In the JSR the parties informed the Court—for the first time—that on April 13, 2026, Petitioner received a bond hearing in accordance with the decision in *Jacobo Ramirez v. Mullin, et al.*, No. 2:25-CV-02136-RFB-MDC, 2026 WL 879799 (D. Nev. Mar. 30, 2026). (JSR 1:20–22, ECF No. 25). They further informed the Court that Petitioner posted bond and was released from ICE custody on April 16, 2026. (*Id.* 1:22–23). Thereafter, the Court ordered Petitioner to inform the Court why its Order, (ECF No. 24), should not be vacated because the Amended Petition became moot when Petitioner received a bond hearing and was released from ICE custody. (Min. Order, ECF No. 26). Petitioner failed to file a responsive brief and the time to do so has passed.

The Amended Petition requested that Petitioner be released or in the alternative, be provided a bond hearing. Both forms of relief were provided to Petitioner prior to this Court's Order Granting the Amended Petition. Thus, the Amended Petition was moot at the time the Court issued the Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Court's Order Granting Petition for Writ of Habeas Corpus, (ECF No. 24) is **VACATED**.

**IT IS FURTHER ORDERED** that the Amended Petition, (ECF No. 16) is **DENIED** as **moot**.

The Clerk of Court is kindly directed to close the case.

**DATED** this __27__ day of May, 2026.

_____

Gloria M. Navarro, District Judge
United States District Court